UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61189--CIV-DIMITROULEAS

NIKA YOLANDA SHELTON,

        Plaintiff,

vs.

PRISONER TRANSPORTATION SERVICES,
INC. f/k/a PRISONER TRANSPORTATION
SERVICES, LLC, BREVARD EXTRADITIONS,
LLC, U.S. CORRECTIONS LLC, PTS OF AMERICA,
LLC, JOSH HENDERSON AND JOSH BAKER,

        Defendants.

_____/

### ANSWER OF DEFENDANT BREVARD EXTRADITIONS, LLC TO COMPLAINT

        Defendant Brevard Extraditions, LLC ("Defendant" or "BREVARD"), by and through counsel, responds to the Complaint filed against it by Plaintiff Nika Yolanda Shelton ("Plaintiff") as follows:

        1.      The allegations in Paragraph 1 of the Complaint are directed to defendants other than this defendant, and to the extent a response is required of BREVARD, Defendant admits that Plaintiff's Complaint alleges the causes of action set out in Paragraph 1. This Defendant also admits that this Court has original federal question subject matter jurisdiction over the claims arising under 42 U.S.C. § 1983 but denies that Plaintiff has any viable 1983 claims; therefore, the Court should decline to exercise

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

1 of 32

supplemental jurisdiction over Plaintiff's state law claims. In any event, Defendant denies that it is liable to Plaintiffs under any theory of law for any amount sought.

2.      The allegations in Paragraph 2 of the Complaint are directed to defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, Defendant denies that it "act[s] as one company" with the other corporate defendants; denies that venue in this district is convenient for the parties or witnesses; and denies that venue lying in this district is in the interest of justice. Defendant reserves the right to move the Court to transfer under 28 U.S.C. §§ 1404, 1406, or both. In any event, Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

3.      The apparently quoted section from the "Course in Miracles," under the heading "INTRODUCTION," and the allegations in Paragraph 3 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, Defendant admits that plaintiff was transported from Spokane, WA to McKinney, TX denies the remaining allegations and generally denies that it is liable to Plaintiff under any theory of law for any amount sought.

4.      BREVARD is without sufficient information to admit or deny the allegations in Paragraph 4 of the Complaint and demands proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

5.      The allegation in Paragraph 5 of the Complaint are directed at a Defendant other than this defendant and no response is required of BREVARD. To the extent a

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

2 of 32

response is required, BREVARD denies that it is liable to Plaintiff under any theory of law for any amount sought.

6.      The allegations in Paragraph 6 of the Complaint are directed at a Defendant other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies that it is liable to Plaintiff under any theory of law for any amount sought.

7.      The allegations in Paragraph 7 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD admits the subsidiary status of the corporate co-defendants but denies the allegations of lack of corporate separation. BREVARD also denies that it is liable to Plaintiff under any theory of law for any amount sought.

8.      The allegations in Paragraph 8 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies that it is liable to Plaintiff under any theory of law for any amount sought.

9.      The allegations in Paragraph 9 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

10.      The allegations in Paragraph 10 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the

BeharBehar ✦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

3 of 32

extent a response is required, BREVARD denies the allegations in this paragraph and denies that it is liable to Plaintiff under any theory of law for any amount sought.

11.     The allegations in Paragraph 11 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations in this paragraph and denies that it is liable to Plaintiff under any theory of law for any amount sought.

12.     The allegations in Paragraph 12 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations in this paragraph and denies that it is liable to Plaintiff under any theory of law for any amount sought.

13.     The allegations in Paragraph 13 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations in this paragraph as stated and denies that it is liable to Plaintiff under any theory of law for any amount sought.

14.     The allegations in Paragraph 14 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD admits the interior of the vans used to transport Plaintiff was secured against prisoner escape but denies the other allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

15.     BREVARD denies the allegations in Paragraph 15 of the Complaint and denies that it is liable to Plaintiff under any theory of law for any amount sought.

BeharBehar ● 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

4 of 32

16.     BREVARD denies the allegations in Paragraph 16 of the Complaint and denies that it is liable to Plaintiff under any theory of law for any amount sought.

17.     The allegations in Paragraph 17 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

18.     The allegations in Paragraph 18 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

19.     The allegations in Paragraph 19 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

20.     BREVARD admits that, in compliance with federal law, prisoners are not unshackled, nor do they leave the security of the van, when eating during transit. BREVARD denies the remaining allegations alleged in Paragraph 20 of the Complaint and denies that it is liable to Plaintiff under any theory of law for any amount sought.

21.     The allegations in Paragraph 21 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

BeharBehar ♦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

5 of 32

22.     The allegations in Paragraph 22 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

23.     The allegations in Paragraph 23 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

24.     BREVARD denies the allegations in Paragraph 24 of the Complaint and denies that it is liable to Plaintiff under any theory of law for any amount sought.

25.     The allegations in Paragraph 25 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

26.     The allegations in Paragraph 26 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

27.     The allegations in Paragraph 27 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

BeharBehar • 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

6 of 32

28.     The allegations in Paragraph 28 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

29.     The allegations in Paragraph 29 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

30.     The allegations in Paragraph 30 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

31.     The allegations in Paragraph 31 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

32.     The allegations in Paragraph 32 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

33.     The allegations in Paragraph 33 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

7 of 32

extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

34.     The allegations in Paragraph 34 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

35.     The allegations in Paragraph 35 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

36.     The allegations in Paragraph 36 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

37.     The allegations in Paragraph 37 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD admits that it is not "an official government agenc[y]," but denies the remaining allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

38.     The allegations in Paragraph 38 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD.  To the extent a response is required, BREVARD admits its business practices and policies

BeharBehar ♦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

8 of 32

emphasize prisoner safety but denies the remaining allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

39.     The allegations in Paragraph 39 of the Complaint are directed at Defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

40.     The allegations in Paragraph 40 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

41.     The allegations in Paragraph 41 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

42.     The allegations in Paragraph 42 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

BeharBehar ✦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

9 of 32

43.     The allegations in Paragraph 43 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

44.     The allegations in Paragraph 44 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

45.     The allegations in Paragraph 45 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

46.     The allegations in Paragraph 46 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

47.     The allegations in Paragraph 47 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the

BeharBehar • 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

10 of 32

extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

48.    The allegations in Paragraph 48 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

49.    The allegations in Paragraph 49 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

50.    The allegations in Paragraph 50 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

51.    The allegations in Paragraph 51 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit

or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

52.    The allegations in Paragraph 52 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

53.    The allegations in Paragraph 53 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

54.    The allegations in Paragraph 54 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

55.    The allegations in Paragraph 55 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

BeharBehar ⬧ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

12 of 32

56.     The allegations in Paragraph 56 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

57.     The allegations in Paragraph 57 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

58.     The allegations in Paragraph 58 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the remaining allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

59.     The allegations in Paragraph 59 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

13 of 32

60.     The allegations in Paragraph 60 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

61.     The allegations in Paragraph 61 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

62.     The allegations in Paragraph 62 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations in this paragraph and denies that it is liable to Plaintiff under any theory of law for any amount sought.

63.     The allegations in Paragraph 63 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations in this paragraph and denies that it is liable to Plaintiff under any theory of law for any amount sought.

64.     The allegations in Paragraph 64 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD admits that, on or about January 25, 2018, Plaintiff was picked up Spokane, WA, by agents Baker and Henderson, and was

BeharBehar • 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

14 of 32

transported to Collin County Jail, McKinny, Texas. For the remaining allegations, BREVARD is without knowledge or information sufficient to admit or deny them; therefore, BREVARD demands proof of the same. In any event, BREVARD denies that it is liable to Plaintiff under any theory of law for any amount sought.

65. The allegations in Paragraph 65 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD admits the 8:45AM departure time; admits all transported prisoners are shackled; admits the transport van is secured against prisoner escape; admits plaintiff's transport traveled through WA, OR, CA, NV, AZ, NM, and TX; but is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

66. The allegations in Paragraph 66 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

67. The allegations in Paragraph 67 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

15 of 32

68.     The allegations in Paragraph 68 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

69.     The allegations in Paragraph 69 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

70.     The allegations in Paragraph 70 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

71.     The allegations in Paragraph 71 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without knowledge or information sufficient to admit or deny the allegations in this paragraph and demands proof of the same but denies that it is liable to Plaintiff under any theory of law for any amount sought.

72.     The allegations in Paragraph 72 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the

BeharBehar ♦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

16 of 32

extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

73.     The allegations in Paragraph 73 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

74.     The allegations in Paragraph 74 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD is without sufficient information to either admit or deny the allegations in this paragraph and demands strict proof of the same. Defendant denies that it is liable to Plaintiff under any theory of law for any amount sought.

75.     The allegations in Paragraph 75 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations in this paragraph and denies that it is liable to Plaintiff under any theory of law for any amount sought.

76.     BREVARD incorporates its answers to Paragraphs 1 through 75 as if set out verbatim and denies that it is liable to Plaintiff under any theory of law for any amount sought.

77.     The allegations in Paragraph 77 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

17 of 32

extent a response is required, BREVARD admits that extradition and prisoner transportation is an historical governmental function and that it is as private entity but denies is liable to Plaintiff under any theory of law for any amount sought.

78.     The allegations in Paragraph 78 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

79.     The allegations in Paragraph 79 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies any material allegations in this paragraph and denies that it is liable to Plaintiff under any theory of law for any amount sought.

80.     The allegations in Paragraph 80 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

81.     The allegations in Paragraph 81 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

82.     The allegations in Paragraph 82 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the

BeharBehar • 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

18 of 32

extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

83.    The allegations in Paragraph 83 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations in this paragraph and denies that it is liable to Plaintiff under any theory of law for any amount sought.

84.    BREVARD incorporates its answers to Paragraphs 1 through 83 as if set out verbatim and denies that it is liable to Plaintiff under any theory of law for any amount sought.

85.    The allegations in Paragraph 85 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent the allegations are deemed to apply to this defendant and a response is required, BREVARD is without in knowledge or information sufficient to admit or deny the allegations and demands proof of the same. BREVARD denies that it is liable to Plaintiff under any theory of law for any amount sought.

86.    The allegations in Paragraph 86 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent the allegations are deemed to apply to this defendant and a response is required, BREVARD is without in knowledge or information sufficient to admit or deny the allegations and demands proof of the same. BREVARD denies that it is liable to Plaintiff under any theory of law for any amount sought.

BeharBehar ♦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

19 of 32

87.     The allegations in Paragraph 87 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent the allegations are deemed to apply to this defendant and a response is required, BREVARD is without in knowledge or information sufficient to admit or deny the allegations and demands proof of the same. BREVARD denies that it is liable to Plaintiff under any theory of law for any amount sought.

88.     BREVARD incorporates its answers to Paragraphs 1 through 87 as if set out verbatim and denies that it is liable to Plaintiff under any theory of law for any amount sought.

89.     The allegations in Paragraph 89 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

90.     The allegations in Paragraph 90 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent the allegations are deemed to apply to this defendant and a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

91.     The allegations in Paragraph 91 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent the allegations are deemed to apply to this defendant and a response is required,

BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

92.      The allegations in Paragraph 92 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations in this paragraph and denies that it is liable to Plaintiff under any theory of law for any amount sought.

93.      The allegations in Paragraph 93 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent the allegations are deemed to apply to this defendant and a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

94.      The allegations in Paragraph 94 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent the allegations are deemed to apply to this defendant and a response is required, BREVARD denies them and denies that it is liable to Plaintiff under any theory of law for any amount sought.

95.      BREVARD incorporates its answers to Paragraphs 1 through 94 as if set out verbatim and denies that it is liable to Plaintiff under any theory of law for any amount sought.

96.      The allegations in Paragraph 96 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the

BeharBehar ✦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639   F: 954-332-9260   W: BeharBehar.com

21 of 32

extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

97.     The allegations in Paragraph 97 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

98.     The allegations in Paragraph 98 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

99.     The allegations in Paragraph 99 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

100.    The allegations in Paragraph 100 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

101.    The allegations in Paragraph 101 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent the allegations are deemed to apply to this defendant and a response is required,

BeharBehar ● 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

22 of 32

BREVARD denies them and denies that it is liable to Plaintiff under any theory of law for any amount sought.

102.    BREVARD incorporates its answers to Paragraphs 1 through 101 as if set out verbatim and denies that it is liable to Plaintiff under any theory of law for any amount sought.

103.    The allegations in Paragraph 103 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

104.    The allegations in Paragraph 104 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

105.    The allegations in Paragraph 105 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

106.    The allegations in Paragraph 106 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639   F: 954-332-9260   W: BeharBehar.com

23 of 32

107.   The allegations in Paragraph 107 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

108.   The allegations in Paragraph 108 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

109.   BREVARD incorporates its answers to Paragraphs 1 through 108 as if set out verbatim and denies that it is liable to Plaintiff under any theory of law for any amount sought.

110.   The allegations in Paragraph 110 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

111.   The allegations in Paragraph 111 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

112.   The allegations in Paragraph 112 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations of abuse of power and of

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

24 of 32

infliction of emotional distress and denies that it is liable to Plaintiff under any theory of law for any amount sought.

113.    The allegations in Paragraph 113 of the Complaint are directed at defendants other than this defendant and no response is required of BREVARD. To the extent a response is required, BREVARD denies the allegations and denies that it is liable to Plaintiff under any theory of law for any amount sought.

114.    The unnumbered "Wherefore" paragraphs scattered throughout Plaintiff's Complaint, and that separate various sections from other sections, contain Plaintiff's multiple prayers for relief. BREVARD denies it is liable to Plaintiff under any theory of law for any amount sought and denies that Plaintiff is entitled to the relief requested or any other relief in general.

115.    Any allegations not previously admitted, denied, or otherwise explained are hereby denied as if stated in specific reference to each allegation.

**<u>AFFIRMATIVE DEFENSES</u>**

1.    Plaintiff admits her transportation began at 8:45AM on January 25, 2018, (Compl. ¶¶ 3, 64-64), and that it lasted for "five and one-half days," (Compl. ¶¶ 3, 65, 68); therefore, her transportation ended on January 31, 2018, or at the latest, on February 1 or 2 of 2018. But she did not file the Complaint until June 16, 2020. Therefore, her claims for acts or omissions that occurred in any of these states are barred by the following statutes of limitations: (1) Arizona's two-year limitations period, A.R.S. § 12-542; (2) Nevada's two-year limitations period, Nev. Rev. Stat. Ann. § 11.190; (3) Texas's two-year limitations period, Tex. Civ. Prac. & Rem. Code § 16.003; Oregon's two-year

BeharBehar ♦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

25 of 32

limitations period, Oregon Rev. Stat. § 12.110(1); California's two-year statute of limitations period, Cal. Code Civ. Proc. § 335.1; and (4) Tennessee's one-year limitations period, Tenn. Code Ann. § 28-3-104(1)(B).

2.      Plaintiff's Complaint fails to state a claim upon which relief can be granted.

3.      To the extent the personnel involved acted in good faith, there is no liability for the claims asserted.

4.      To the extent the personnel involved acted lawfully or with legal justification, there is no liability for the claims asserted.

5.      To the extent the personnel involved acted reasonably based on exigent circumstances, there is no liability for the claims asserted.

6.      The was no deprivation of any right, privilege, or immunity secured by the United States Constitution or any Act of Congress, and therefore, Defendant is not liable.

7.      To the extent the personnel involved acted in good faith and without malice, there can be no liability for punitive damages.

8.      To the extent the injuries or damages complained of, if any, were caused or contributed to by the acts or omissions of the Plaintiff or persons over whom Defendant exercised no control, any recovery is precluded or must be reduced pursuant to the principles of comparative fault.

9.      Defendant is not liable for any acts of its parent company and affiliates that are alleged in the Plaintiff's Complaint. A parent corporation and its wholly-owned subsidiaries are separate and distinct legal entities and are not liable for the alleged torts

BeharBehar ♦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

26 of 32

or other actions of any other corporate entity. To the extent the alleged actions giving rise to Plaintiff's claims were allegedly committed by any Defendant's parent or affiliate, BREVARD is not liable to Plaintiff.

10.     Defendant is not liable for the acts alleged in Plaintiff's Complaint because the alleged incidents, if true, were isolated and not part of any policy, custom, or persistent and widespread practice of Defendant such that it would constitute deliberate indifference to the Plaintiff's constitutional rights.

11.     Plaintiff cannot make the showing required by the deliberate indifference standard as defined and refined by the applicable case law regarding any of the Eighth or Fourteenth Amendments.

12.     To the extent proven applicable, Plaintiff's claims are barred by the doctrines of laches, waiver, unclean hands, estoppel, collateral estoppel, statute of repose, and *res judicata*.

13.     To the extent proven applicable, Plaintiff's claims are barred because of the existence of superseding, intervening, or independent causes of her alleged injuries.

14.     Plaintiff's claims are barred by sovereign immunity as provided by the Eleventh Amendment to the United States Constitution, the laws of the United States, and the laws of the State of Florida.

15.     The imposition of punitive damages in this case would violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

BeharBehar ♦ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

27 of 32

16.     As a matter of law, Defendant cannot be found liable under 42 U.S.C. § 1983 based on *respondeat superior* or vicarious liability for the acts or omissions of its employees and Plaintiff's claims under that theory should be dismissed.

17.     Defendant was not at any relevant time acting under the color of state law for purposes of 42 U.S.C. § 1983 or federal law for purposes of any *Bivens* action.

18.     Plaintiff lacks constitutional standing to assert her claims and seek the requested relief.

19.     Plaintiff does not have standing to pursue a claim under 42 U.S.C. § 1983 because her interests do not fall within the zone of interests that § 1983 was designed to protect.

20.     Plaintiff's claims are barred because she cannot show that she has suffered any physical, emotional, psychological, or mental injuries.

21.     Plaintiff's claims for damages based on alleged psychological or mental injuries are barred by the PLRA, 42 U.S.C. § 1997e, because she cannot show that he has suffered any physical injuries.

22.     Plaintiff is not entitled to attorney's fees under the PLRA, 42 U.S.C. § 1997e, or 42 U.S.C. § 1988 because there has been no actual violation of Plaintiff's rights protected by 42 U.S.C. § 1983.

23.     Under the PLRA, Plaintiff's claims fail because the requested relief is not the least intrusive means necessary to correct any alleged violations of any of Plaintiff's rights; the requested relief extends further than is necessary to correct any alleged violations of Plaintiff's rights.

BeharBehar • 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

28 of 32

24.     Plaintiff cannot show that Defendant's alleged conduct amounts to a violation of any rights protected by the Eighth or Fourteenth Amendments to the United States Constitution.

25.     Defendant is a private entity and the Eighth and Fourteenth Amendments to the United States Constitution do not govern private conduct.

26.     Plaintiff was transported in accordance with federal standards for private entities providing prisoner or detainee services, including those codified in 28 C.F.R. § 97.1-30, regulations which were promulgated pursuant to the Interstate Transportation of Dangerous Criminals Act of 2000, 42 U.S.C. § 13726 *et seq.*

27.     Compliance with federal law and regulations relating to the transportation of prisoners or detainees by private entities is prima facie proof of a lack of deliberate indifference.

28.     The Interstate Transportation of Dangerous Criminals Acts of 2000, 42 U.S.C. § 13726 *et seq.* and its accompanying regulations specifically refer to the fact that the transportation of dangerous criminals such as Plaintiff can last for days if not weeks and specifically refer to the problem posed by escapes of dangerous criminals.   One mechanism that Congress and the Attorney General identified to address that problem is the mandate that dangerous criminals be placed in restraints during the time that they are being transported.   The regulation regarding the use of restraints was followed, as required by federal law, with respect to Plaintiff.

29.     Plaintiff's claims are barred in whole or in part by the PLRA, 42 U.S.C. § 1997 *et seq.*, and BREVARD asserts the protections by the PLRA to their fullest extent.

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

29 of 32

30.     Defendant operated at all times in good faith compliance with the law and at no time was motivated by evil motive or intent, express reckless or callous indifference to Plaintiff's rights, or acted in a wanton or oppressive manner.

31.     Plaintiff's claims are barred by the doctrine of qualified immunity because the conduct upon which the claims are based did not violate clearly established law.

32.     Defendant demands a jury of twelve (12) to try this case.

33.     Defendant operated at all times in good faith and compliance with the law and at no time was not motivated by evil motive or intent, expressed reckless or callous indifference to Plaintiff's rights, or acted in a wanton or oppressive manner.

34.     The Court does not have subject matter jurisdiction under 28 U.S.C. § 1331 and 1343 or any claim brought under 42 U.S.C. § 1983 because Defendant is not a state actor acting under the color of state law.

35.     Plaintiff's 42 U.S.C. § 1983 claims are barred, in whole or in part, by the doctrine of qualified immunity.

36.     Plaintiff's state law claims are barred, in whole or in part, by the state law doctrine of good faith, qualified immunity.

37.     Plaintiff has failed to mitigate her damages.

38.     Defendant pleads all other applicable immunities to which they may be entitled by operation of law in bar of Plaintiff's right to any recovery.

        WHEREFORE, Defendant denies that it is liable to Plaintiff or that Plaintiff is entitled to the relief requested or any other relief in general.

Dated this ___10th___ day of July 2020.

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639     F: 954-332-9260     W: BeharBehar.com

30 of 32

Respectfully submitted,

*/s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
Michael Harper, Esq.
Florida Bar No.: 052207
BeharBehar
490 Sawgrass Corporate Parkway
Suite 300
Sunrise, FL 33325
Telephone: (954) 990-8639
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com


Daniel Olivas
Admitted *pro hac vice*
Tennessee Bar No.: 24641
Lewis Thomason
424 Church Street
Suite 2500
Nashville, TN 37219
Telephone: (615) 259-1373
Facsimile: (615) 259-1389
E-mail: dolivas@lewisthomas.com

**Counsel for Corporate Defendants**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10ᵗʰ day of July , 2020 we

BeharBehar ◆ 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
**T:** 954-990-8639     **F:** 954-332-9260     **W:** BeharBehar.com

31 of 32

electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: David Frankel, Esq.

*/s/Aaron Behar, Esq.*
Aaron Behar, Esq.

.

.

BeharBehar • 490 Sawgrass Corporate Parkway, Suite 300, Sunrise, FL 33325
T: 954-990-8639    F: 954-332-9260    W: BeharBehar.com

32 of 32